FILED

23 JAN 24  PM 3:51

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

RONNELL FRANCOIS,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   ) Civil Action No.
                                     )
EQUIFAX INFORMATION SERVICES, LLC, ) **1:23CV00075 LY**
                                     ) Complaint and Demand for
        Defendant.                   ) Jury Trial
                                     )
                                     )

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff RONNELL FRANCOIS as and for her Complaint respectfully alleges as
follows:

### I.    INTRODUCTION

1.    This is a civil action by Plaintiff, an individual consumer, seeking actual,
statutory, and punitive money damages against Defendant EQUIFAX INFORMATION
SERVICES, LLC, ("Equifax") for violations of the Fair Credit Reporting Act, 15 U.S.C.
§ 1681 *et seq*. (hereinafter "FCRA").

### II.    JURISDICTION AND VENUE

2.    Jurisdiction of this court arises under 15 U.S.C. § 1681(p) and 28 U.S.C.
§ 1331. Venue in this District is proper in that the Defendants transact business in the city
of Austin, Williamson County, Texas, and the conduct complained of occurred in Austin,
Texas.

### III.    PARTIES

3.    Plaintiff is a natural person residing in Austin, Williamson County,
Texas.

4.    Plaintiff is a "consumer" as defined by the Fair Credit Reporting Act, 15
U.S.C. §1681a, (b) and (c).

5.    Upon information and belief, Defendant Equifax is a Georgia corporation
duly authorized and qualified to do business in the State of Texas.

### IV.    FACTS OF THE COMPLAINT

6.    In December 2022, Plaintiff obtained a copy of his consumer report and
discovered incomplete, inaccurate, false information, Account No. 0243****,
LONGCARE SERVICING CENTER, in the amount of $178,672.

7.    On October 31, 2022, Plaintiff applied for a Mortgage with Funding Suite
and was denied credit based off information being reported by Equifax.

7.     In December 2022, Plaintiff contacted Equifax via email to dispute the completeness and accuracy of the trade line. Plaintiff informed Defendant that the trade line was inaccurate and incomplete and should therefore be deleted from his consumer report.

8.     Despite Plaintiff's dispute to Equifax informing them of the incompleteness and inaccuracies, Defendant Equifax continued to report the tradeline from approximately December through January 2023.

9.     Defendant Equifax's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Plaintiff causing his FICO scores to be lowered resulting in his being denied credit or being granted credit with a much higher interest rate, and has caused severe humiliation, emotional distress, and mental anguish.

## V. FIRST CLAIM FOR RELIEF
### 15 U.S.C. § 1681i(a)(1)(A)
### (Defendant Equifax)

12.     Plaintiff re-alleges and incorporates by reference paragraphs 1-10 above.

13.     Defendant has violated 15 U.S.C. § 1681i(a)(1)(A) in that they failed to conduct a reasonable reinvestigation on the trade line item that is furnished to the Consumer Reporting Agencies.

14.     Defendant caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

15.     Defendant's conduct was negligent and/or willful.

16.     Plaintiff is entitled to actual damages, punitive damages, and litigation costs for Defendants' willful acts pursuant to 15 U.S.C. § 1681n.

17.     Alternatively, Plaintiff is entitled to actual damages, and litigation costs if Defendants' violations are negligent, pursuant to 15 U.S.C. §1681o.

## VI. SECOND CLAIM FOR RELIEF
### 15 U.S.C. § 1681e(b)
### (Defendant Equifax)

18.     Plaintiff re-alleges and incorporates by reference paragraphs 1-17 above.

19.     Defendant Equifax violated 15 U.S.C. § 1681e(b) because they failed to follow reasonable procedures to assure maximum possible accuracy of the LONGCARE SERVICING CENTER trade line information when preparing a consumer report purportedly concerning Plaintiff.

20.     Defendant Equifax has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and other damages to Plaintiff.

21.     At all times alleged herein, Defendant Equifax acted negligently and/or willfully.

22.     Defendant Equifax is liable to Plaintiff for actual damages, punitive damages, and costs pursuant to 15 U.S.C. §1681n and actual damages, and costs pursuant to 15 U.S.C. §1681o.

## VII. THIRD CLAIM FOR RELIEF
### 15 U.S.C. §1681i(a)(2)
### (Defendant Equifax)

23.     Plaintiff re-alleges and incorporates by reference paragraphs 1-22

above.

24. Defendant Equifax has failed to comply with the reinvestigation requirements in 15 U.S.C. §1681i.

25. Defendant Equifax has violated 15 U.S.C. § 1681i(a)(2) in that they failed to consider and forward all relevant information to the furnisher of information.

26. Defendant Equifax has caused injury in fact, by causing, among other effects, mental and emotional distress, damage to credit reputation, and resulting in credit damages to Plaintiff.

27. Defendant Equifax has done so either negligently or willfully.

28. Plaintiff is entitled to actual damages, punitive damages, and costs pursuant 15 U.S.C. § 1681o.

29. Alternatively, Plaintiff is entitled to actual damages, and costs if the violation is negligent, pursuant to 15 U.S.C. §1681n.

### VIII. FOURTH CLAIM FOR RELIEF
### 15 U.S.C. §1681i(a)(4)
### (Defendant Equifax)

30. Plaintiff re-alleges and incorporates by reference paragraphs 1-29 above.

31. Defendant Equifax have violated 15 U.S.C. §1681i(a)(4) in that they failed to delete information that was inaccurate or could not be verified.

32. Defendant Equifax have caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and resulting in credit damages to Plaintiff.

33. At all times alleged herein, Defendant Equifax acted negligently and/or willfully.

34. Defendant Equifax is liable to Plaintiff for actual damages, punitive damages, and costs pursuant to 15 U.S.C. §1681n and actual damages, and costs pursuant to 15 U.S.C. §1681o.

### IX. FIFTH CLAIM FOR RELIEF
### 15 U.S.C. §1681i(a)(5)
### (Defendant Equifax)

35. Plaintiff re-alleges and incorporates by reference paragraphs 1-34 above.

36. Defendant Equifax violated 15 U.S.C. §1681i(a)(5) because they (i) failed to reinvestigate the LONGCARE SERVICING CENTERD tradeline on Plaintiff's consumer report, and (ii) failed to find it to be inaccurate.

37. Defendant Equifax violated 15 U.S.C. §1681i(a)(5) in that they failed to have a procedure to prevent the reoccurrence of inaccurate or unverifiable information.

38. Defendant Equifax has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and other damages to Plaintiff.

39. At all times alleged herein, Defendant Equifax acted negligently and/or willfully.

40. Defendant Equifax is liable to Plaintiff for actual damages, punitive damages, and costs pursuant to 15 U.S.C. §1681n and actual damages, and costs pursuant to 15 U.S.C. §1681o.

### X. SIXTH CLAIM FOR RELIEF
### 15 U.S.C. §1681i(a)(6)(B)(iii)
### (Defendant Equifax)

41.     Plaintiff re-alleges and incorporates by reference paragraphs 1-40 above.

42.     Defendant Equifax has violated 15 U.S.C. § 1681i(a)(6)(B)(iii) in that they failed to have a procedure to prevent giving false information upon re-investigation.

43.     Defendant Equifax have caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and resulting in credit damages to Plaintiff.

44.     At all times alleged herein, Defendant Equifax acted negligently and/or willfully.

45.     Defendant Equifax is liable to Plaintiff for actual damages, punitive damages, and costs pursuant to 15 U.S.C. §1681n and actual damages, and costs pursuant to 15 U.S.C. §1681o.

## XI. SEVENTH CLAIM FOR RELIEF
## 15 U.S.C. §1681i(7)
## (Defendant Equifax)

46.     Plaintiff re-alleges, and incorporates by reference, paragraphs 1-45 above.

47.     Defendant Equifax has violated 15 U.S.C. §1681i(7) in that they failed to provide a written description of the procedures used to determine the accuracy and completeness of the disputed information.

48. Defendant Equifax has caused injury in fact to Plaintiff by causing mental and emotional distress, damage to credit rating, and resulting in credit damages to Plaintiff.

49.     Defendant Equifax acted negligently and/or willfully.

50.     Defendant is liable to Plaintiff for actual damages, punitive damages, and costs pursuant to 15 U.S.C. §1681n and actual damages, and costs pursuant to 15 U.S.C. §1681o.

## XII.     JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests a jury trial and entry of judgment in favor of Plaintiff and against Defendant for:

A.      Actual or statutory damages pursuant to 15 U.S.C. § 1681n(a)(1) (A).

B.      Actual damages pursuant to 15 U.S.C. § 1681o(a)(1).

C.      Costs and fees pursuant to 15 USC § 1681n(a)(3) and 15 U.S.C § 1681o(b).

D.      For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: January 17, 2023,          By: /s/ Ronnell Francois

Ronnell Francois
1504    Jackie    Robinson
Place
Austin, TX 78665
(512) 293-1672

Lfrancois2006@yahoo.com

*Pro se*