IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
2023 FEB 22  AM 11:18
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
      DEPUTY

| | |
|---|---|
| RONNELL FRANCOIS, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX INFORMATION SERVICES LLC, <br><br> Defendant. | Case No. 1:23-cv-00075-LY <br><br> NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC |

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC

COME NOW, Plaintiff, Ronnell Francois, and hereby notifies the Court that he has reached a settlement in principle as to his allegations against Equifax Information Services, LLC ("Equifax"). The Parties are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Defendant Equifax. Plaintiff requests that the Court vacate all pending deadlines in this matter as to Equifax. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted, this 22nd Day of February 2023.

_____
Ronnell Francois

*Pro Se Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on February 22, 2023 a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court which will send notification of such filing to all counsel of record.

*/s/ Ronnell Francois*

_____
*Ronnell Francois*

*Pro Se Plaintiff*

2