IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RONNELL FRANCOIS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:23-CV-00075-LY |
| | § | |
| EQUIFAX INFORMATION | § | |
| SERVICES, LLC, | § | |
|     DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On March 22, 2023, the parties filed a Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. #5). Accordingly,

**IT IS ORDERED** that the case is **CLOSED**.

SIGNED this 23rd day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE